No. 1089. BLOCK ET AL. v. COMPAGNIE NATIONALE AIR FRANCE. C. A. 5th Cir. Certiorari denied. *Lee S. Kreindler, William H. Schroder,* and *Hugh M. Dorsey, Jr.,* for petitioners. *E. Smythe Gambrell* and *Charles A. Moye, Jr.,* for respondent. Solicitor General Griswold submitted a memorandum for the United States, as *amicus curiae,* by invitation of the Court.

No. 1349. BUCHANAN v. OREGON. Sup. Ct. Ore. Certiorari denied. *Harold V. Johnson, Jr.,* for petitioner.

No. 1353. ELMO CO., INC. v. FEDERAL TRADE COMMISSION. C. A. D. C. Cir. Certiorari denied. *George Stephen Leonard* for petitioner. *Solicitor General Griswold, Assistant Attorney General Turner, Howard E. Shapiro, James McI. Henderson,* and *Daniel H. Hanscom* for respondent.

No. 1355. BEDDING, CURTAIN & DRAPERY WORKERS UNION, LOCAL 140 OF UNITED FURNITURE WORKERS OF AMERICA, AFL–CIO v. NATIONAL LABOR RELATIONS BOARD. C. A. 2d Cir. Certiorari denied. *Leonard B. Boudin* and *Victor Rabinowitz* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli, Norton J. Come,* and *Allison W. Brown, Jr.,* for respondent.

No. 1373. PROBRO, INC., DBA LAKEWOOD CLUB v. DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *Ellis J. Horvitz* and *Samuel Goldfarb* for petitioner. *Thomas C. Lynch,* Attorney General of California, and *Kenneth Scholtz,* Deputy Attorney General, for respondent.